**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cari Fais, U.S.M.J. |
| v. | : | Mag. No. 26-9087 |
| BRENDAN JOHN GEIER | : | **ORDER FOR CONTINUANCE** |

1. This matter came before the Court on the joint application of the United States (Brian N. Sinclair, Assistant U.S. Attorney, appearing), and defendant Brendan John Geier (John Bruno, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through December 1, 2026.

2. The Count granted one § 3161(h)(7)(A) continuance previously in this case.

3. Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4. Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6. The defendant, through counsel, has consented to this continuance.

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

a. The parties seek time to discuss the production of pre-indictment discovery, and both the United States and the defendant desire additional time to engage in plea negotiations, which would render grand jury proceedings and a trial in this matter unnecessary.

b. Despite the exercise of diligence, the circumstances of this case require giving defense counsel and the Government a reasonable amount of additional time for effective preparation.

c. Thus, the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued for a period of approximately 60 days from October 2, 2026, through December 1, 2026; and it is further

ORDERED that the period of time from October 2, 2026, through December 1, 2026, shall be excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

HON. CARI FAIS
United States Magistrate Judge

Dated: September 28, 2026

Form and entry consented to:

Brian N. Sinclair
Assistant U.S. Attorney

John Bruno, Esq.
Counsel for Defendant